# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** |
| v. | |
| **MARIE LOCKWOOD,** | **VIOLATIONS:** |
| Defendant | 18 U.S.C. § 2423(b)<br>(Travel with Intent to Engage in Illicit Sexual Conduct) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about June 5, 2020, in the District of Columbia and elsewhere, the defendant, **MARIE LOCKWOOD**, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Sections 2423(f), with another person.

**(Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b)).

MICHAEL SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

By: /s// *April N. Russo*

April N. Russo
Assistant United States Attorney,
PA Bar No. 313475
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-252-1717
April.russo@usdoj.gov